UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VINCENT EARLE WILLIAM JOHNSON,<br><br>Petitioner,<br><br>v.<br><br>STEPHEN HENDRYX; STATE OF WASHINGTON,<br><br>Respondents. | CASE NO. 3:26-cv-06413-JHC-TLF<br><br>ORDER |

This matter comes before the Court on Petitioner's Emergency Ex Parte Motion for Temporary Restraining Order. Dkt. 2. Petitioner has not met the extremely high bar for justifying entitlement to ex parte relief. *See* Fed. R. Civ. P. 65(b)(1) (setting forth the requirements for issuing a temporary restraining order without written or oral notice to the adverse party); *see also* LCR 65(b)(1) ("Motions for temporary restraining orders without notice to and an opportunity to be heard by the adverse party are disfavored and will rarely be granted."). The underlying petition also suffers from filing deficiencies. *See* Dkt. 3 (Notice of Filing Deficiency). Accordingly, the Court DENIES the motion.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing pro se at said party's last known address.

//

Dated this 24th day of November, 2026.

John H. Chun
United States District Judge